# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2024

## NO. 03-23-00444-CV

**Dessie Maria Andrews, Appellant**

**v.**

**4300 Burch LLC and Lawrence Mathis, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on June 1, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.